**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 53043.

Dec. 21, 1972.

Writs refused. Considering the return of the trial judge that the application for habeas corpus was withdrawn, application is moot.

270 So.2d 125

**STATE of Louisiana ex rel.
John FULFORD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 53047.

Dec. 21, 1972.

Writ denied. The showing made does not entitle the applicant to the relief sought.

270 So.2d 125

**STATE of Louisiana ex rel.
Robert HARRISON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 53049.

Dec. 21, 1972.

Writ denied. Since the district judge has granted the relief sought, the issue presented is moot.